Jackson-Bey.BT-Attach 1

 North Carolina Department of Correction                    Go to...

## Bertie Correctional Institution



**County:** Bertie
**Inmate capacity:** 1,000
**Inmate gender:** Male
**Custody level:** Close
**Staff size:** 403
**Occupancy:** August 2006
**Administrator:** Renoice E. Stancil

**Mailing Address:**
PO Box 129
Windsor NC 27983

**Street Address:**
218 Cooper Hill Rd.
Windsor NC 27983

Phone: 252-794-8600
Fax: 252-794-4608

Facility #4880

Bertie Correctional Institution is a 1,000 cell, close security prison for adult males located in Windsor, N.C. in Bertie County.

Bertie Correctional Institution opened in August 2006 becoming the fifth of six 1000-bed facilities to be opened before 2008. The prison employs approximately 400 people including correctional officers, Registered Nurses, Nurse Extenders, Mental Health providers, Dental, and Administrative staff. Maintenance is provided contractually with K & K Corrections. The prison has a standard operating capacity of 1,000 inmates with 142 segregation cells and 10 medical observation beds. Future expansion plans call for construction of medical custody unit and a minimum custody unit, construction date to be determined.



An ACA Acredited Institution

The prison operates under the unit management concept. Unit management is a method for managing inmates that emphasizes decentralization and delegates decision-making authority to a unit team. Inmates are assigned to one of the four units based on their work, program or control assignment.

The facility is operated under the unit management system and is separated into four units The Green Unit houses 288 regular population inmates who participate in institutional job and program assignments. These various work assignments and programs assist inmates with future reintegration back into the community. Blue Unit houses 288 regular population and inmates with chronic medical problems. Red Unit houses 288 inmates - 142 segregation and 144 regular population. Gray Unit houses 128 inmates in a maximum control environment.

**VISITATION:** Regular Visitation Schedule For Inmate Population (By Appointment Only)

Tuesday - Saturday - 9:00 a.m. - 11:00 a.m.
Tuesday - Saturday - 1:00 p.m. - 3:00 p.m.

A valid photo identification card must be presented by anyone (16 years or older) arriving at the institution to visit with an inmate.

Inmates who have not lost their visitation privilege and are housed on the Segregation Unit will receive their visitation by appointment Monday – Thursday (9 a.m. –10 a.m. 2 p.m. - 3 p.m.) The visit will be allowed a maximum of one hour and will be held in the non-contact visitation area. To arrange the visit, the family member will contact the facility and ask for the Visitation Officer at 252-794-8630 at least twenty-four (24) hours prior to the requested visit. Special visits for Security Threat inmates will be non contact in the Segregation Visitation area for one hour if privileges have not been taken. Attorney and media visits will be handled by the Inmate's Unit Manger with consultation/approval from the Facility Administrator. The attorney/media representative will fax a letter on their letterhead stating the inmate that he/she wishes to visit, the requested date and time of the visit and a copy of their credentials (driver's license, professional license, etc) to (252)794-8634. Once approved, the attorney/media representative will be contacted. Those special visits will be approved for a maximum of two hours and will be held in the visitation area (Monday – Friday)

From Raleigh and points west: Take U.S. 64 to Williamston and then U.S. 17 North to Windsor. In Windsor, follow

U.S. 17 past Bertie Memorial Hospital and turn right on NC 308. Proceed about 1.5 miles to prison entrance and turn right on Cooper Hill Rd.

From Elizabeth City and points east: Take U.S. 17 South to Windsor and turn left onto NC 308. Proceed about 1.5 miles to prison entrance and turn right on Cooper Hill Rd.

---

Home | Prisons | Community Corrections | Correction Enterprises | News | Offender Info | E-mail | Sitemap
© 1995-2009 North Carolina Department of Correction. All rights reserved.