Jackson-Bey.BT-Attach 2

 North Carolina Department of Correction    Go to...

# North Carolina Offender Information

<u>Offender Information - Public search</u> - Search by name or ID number for public information on inmates, probationers or parolees since 1972.  This system allows users to view and download any/all public information from the Department of Correction database for convicted offenders. Also includes information on inmate releases and escapees.

<u>Offender Information - Law enforcement search</u> - Search by last name or ID for up-to-date information on North Carolina inmates, probationers, and parolees. Create offender photo lineups. If you are a law enforcement agency employee and would like access to this system please select the following link: ***Access Request Form** (*Available for Criminal Justice Agencies Only)*

<u>Custom offender reports</u> - Search by multiple criteria including age, county, crime, race, eye color, hair color, height, sex and many more *(\*Available for Criminal Justice Agencies Only)*

**\*password protected areas are intended for North Carolina Criminal Justice Agencies.**

## Feedback

<u>Provide Feedback</u> - Please let us know how we can improve these services for you

## Related Sites

<u>Governor's Crime Commission</u> - provides funding and guidance for this project

<u>Sex Offender and Public Protection Registry</u> - North Carolina State Bureau of Investigation

<u>SAVAN/VINE</u> - Allows victims of crime to register for telephone or email notifications for certain changes in an offender's custody or supervision status.  Search for the offender and then register anonymously for telephone and/or email notifications.

<u>Bureau of Justice Statistics</u> - information from the U.S. Department of Justice

## Disclaimer of Liability

With respect to documents available from this server, neither the State of North Carolina nor any agency thereof nor any of their employees or officers, makes any warranty, expressed or implied, including warranties of merchantability and fitness for a particular purpose or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, product, or process disclosed, or represents that its use would not infringe privately owned rights.

All complaints regarding the accuracy of information contained in these documents should be submitted, in writing, to the North Carolina Department of Correction, c/o Public Information Office MSC 4202, Raleigh, NC 27699-4202.

---

© 1995-2009 North Carolina Department of Correction. All rights reserved.

# BRIAN T JACKSON

**Offender ID:** 0781400
**Inmate Status:** ACTIVE
**Probation/Parole/Post Release Status:** INACTIVE
**Gender:** MALE
**Race:** BLACK
**Age:** 23
**Current Location:** BERTIE CI



## Name(s) Of Record

| Last Name | Suffix | First Name | Middle Name | Name Type |
|-----------|--------|------------|-------------|-----------|
| JACKSON | | BRIAN | T | COMMITTED |
| JACKSON | | BRIAN | TERRELL | COMMITTED |
| JACKSON | | BRIAN | TERRELL | ALIAS |

## Most Recent Incarceration Summary

**Incarceration Status:** ACTIVE
**Conviction Date:** 04/04/2008
**Primary Crime:** ROBBERY W/DANGEROUS WEAPON (PRINCIPAL)
**Special Characteristics:** REGULAR
**Admission Date:** 04/11/2008
**Control Status:** DISCIPLINARY SEGREGATION
**Custody Classification:** CLOSE
**Number Of Infractions:** 10
**Current Location:** BERTIE CI
**Last Movement :** RECEIVED FROM EASTERN CI

**Total Incarceration Term:** 6 YEARS 10 MONTHS
**Projected Release Date:** 04/25/2014
**Crime Type:** FELON

**Admission Facility:** POLK CI
**Next Control Review:** 01/06/2010
**Next Custody Review:** 05/01/2010
**Last Infraction Date:** 12/20/2009
**Previous Location:** EASTERN CI
**Last Movement Date:** 06/03/2009

**Detainers?:** N **Escapes?:** N

## Offender Sentence History

### Most Recent Period of Incarceration Record

| Sentence Number: BA-001 | Commitment Type: INMATE |
|---|---|

# Offender Sentence History

**Conviction Date:** 04/04/2008
**Service Status:** ACTIVE
**Sentence Status:** ACTIVE
**Punishment Type:** ACTIVE SS
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS
**Minimum Term:** 4 YEARS 1 MONTH

**County Of Conviction:** FORSYTH
**Sentence Begin Date:** 04/04/2008
**Actual Release Date:**
**Projected Release Date:** 02/24/2013

**Maximum Term:** 5 YEARS 8 MONTHS

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 07061263 | ROBBERY W/DANGEROUS WEAPON (PRINCIPAL) | 11/09/2007 | FELON | CLASS D |
| CONSOLIDATED FOR JUDGMENT | 07061264 | ROBBERY W/DANGEROUS WEAPON (ATTEMPTED) | 11/09/2007 | FELON | CLASS D |

**Sentence Number:** BA-002
**Conviction Date:** 04/04/2008
**Service Status:** FUTURE
**Punishment Type:** ACTIVE SS
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS
**Minimum Term:** 11 MONTHS

**Commitment Type:** INMATE
**County Of Conviction:** FORSYTH
**Sentence Begin Date:** 02/24/2013
**Actual Release Date:**
**Projected Release Date:** 04/25/2014

**Maximum Term:** 1 YEAR 2 MONTHS

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONSECUTIV TO SENTENCE NUMBER BA*001 | 07061245 | POSSESSION OF FIREARM BY FELON (PRINCIPAL) | 11/13/2007 | FELON | CLASS G |
| CONSOLIDATED FOR JUDGMENT | 07021458 | POSSESS WITS SCHEDULE VI (PRINCIPAL) | 11/13/2007 | FELON | CLASS I |

**Sentence Number:** BA-003
**Conviction Date:** 04/30/2007
**Revocation Docket#:** 07020811
**Service Status:** EXPIRED

**Commitment Type:** INMATE
**County Of Conviction:** FORSYTH
**County Of Revocation:** GUILFORD
**Sentence Begin Date:** 12/11/2007
**Actual Release Date:** 03/18/2008
**Projected Release Date:** 03/18/2008

**Punishment Type:** ACTIVE SS
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS
**Sentence Type 2:** PROBATION REVOCATION
**Minimum Term:** 8 MONTHS

**Maximum Term:** 10 MONTHS

# Offender Sentence History

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONCURRENT TO SENTENCE NUMBER BA*001 | 06092435 | | | | |
| CONSOLIDATED FOR JUDGMENT | 06092435 | LARCENY AFTER B & E (PRINCIPAL) | 09/13/2006 | FELON | CLASS H |

**Sentence Number:** BA-004  
**Conviction Date:** 02/16/2007  
**Revocation Docket#:** 06062826  
**Service Status:** EXPIRED  

**Commitment Type:** INMATE  
**County Of Conviction:** FORSYTH  
**County Of Revocation:** FORSYTH  
**Sentence Begin Date:** 12/13/2007  
**Actual Release Date:** 03/30/2008  
**Projected Release Date:** 03/30/2008  

**Punishment Type:** ACTIVE SS  
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS  
**Sentence Type 2:** PROBATION REVOCATION  
**Minimum Term:** 6 MONTHS  

**Maximum Term:** 8 MONTHS

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONCURRENT TO SENTENCE NUMBER BA*001 | 06062826 | FELONY B&E (PRINCIPAL) | 11/08/2006 | FELON | CLASS H |
| CONSOLIDATED FOR JUDGMENT | 06062826 | LARCENY (OVER $200) (PRINCIPAL) | 11/08/2006 | FELON | CLASS H |

**Sentence Number:** BA-005  
**Conviction Date:** 04/30/2008  
**Service Status:** EXPIRED  

**Commitment Type:** INMATE  
**County Of Conviction:** DAVIDSON  
**Sentence Begin Date:** 04/30/2008  
**Actual Release Date:** 04/30/2008  
**Projected Release Date:** 04/30/2008  

**Punishment Type:** ACTIVE SS  
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS  
**Minimum Term:**  

**Maximum Term:** 4 MONTHS

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONCURRENT TO SENTENCE NUMBER BA*001 | 07059547 | UNAUTH USE MOTOR CONVEYANCE (PRINCIPAL) | 10/20/2007 | MISD. | CLASS 1 MISDEMEANOR SS |

## Most Recent Period of Supervision Record

**Sentence Number:** 04-001  
**Conviction Date:** 04/30/2007  

**Commitment Type:** PROBATION/PAROLE  
**County Of Conviction:** GUILFORD

**Punishment Type:** INTERMEDIATE SS
**Sentence Type 1:** PROBATION
**Sentence Type 2:** DEPT OF CORR DIV OF PRISONS
**Sentence Type 3:** SUSPENDED SENTENCE
**Sentence Type 4:** SPECIAL PROBATION (SPLIT)

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONCURRENT TO SENTENCE NUMBER 03-001 | | | | | |
| CONSOLIDATED FOR JUDGMENT | 06092435 | LARCENY AFTER B & E (PRINCIPAL) | 09/13/2006 | FELON | CLASS H |

**Sentence Number:** 03-001
**Conviction Date:** 02/16/2007
**Punishment Type:** INTERMEDIATE SS
**Sentence Type 1:** PROBATION
**Sentence Type 2:** SUSPENDED SENTENCE
**Sentence Type 3:** DEPT OF CORR DIV OF PRISONS

**Commitment Type:** PROBATION/PAROLE
**County Of Conviction:** FORSYTH

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 06062826 | FELONY B&E (PRINCIPAL) | 11/08/2006 | FELON | CLASS H |
| CONSOLIDATED FOR JUDGMENT | 06062826 | LARCENY (PRINCIPAL) | 11/08/2006 | FELON | CLASS H |

**Sentence Number:** 02-001
**Conviction Date:** 07/31/2003
**Punishment Type:** COMMUNITY SS (DCC)
**Sentence Type 1:** PROBATION
**Sentence Type 2:** SUSPENDED SENTENCE
**Sentence Type 3:** COUNTY JAIL

### Previous Period of Supervision Record

**Commitment Type:** PROBATION/PAROLE
**County Of Conviction:** GUILFORD

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONCURRENT TO SENTENCE NUMBER 01-001 | 03087591 | CHEAT - PROPERTY/SERVICES (PRINCIPAL) | 06/12/2003 | MISD. | CLASS 1 MISDEMEANOR |
| CONSOLIDATED FOR JUDGMENT | 03084901 | MISD B&E (PRINCIPAL) | 06/12/2003 | MISD. | CLASS 1 MISDEMEANOR SS |
| CONSOLIDATED FOR JUDGMENT | 03084901 | LARCENY (PRINCIPAL) | 06/12/2003 | MISD. | CLASS 1 MISDEMEANOR |

# Offender Sentence History

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| | | | | | SS |

Sentence Number: 01-001
Conviction Date: 10/25/2002
Punishment Type: COMMUNITY SS (DCC)
Sentence Type 1: PROBATION
Sentence Type 2: SUSPENDED SENTENCE
Sentence Type 3: DEPT OF CORR DIV OF PRISONS

Commitment Type: PROBATION/PAROLE
County Of Conviction: FORSYTH

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 02060900 | LARCENY (PRINCIPAL) | 09/25/2002 | MISD. SS | CLASS 1 MISDEMEANOR |